UNITED STATES COURT OF INTERNATIONAL TRADE         FORM 1

| GOLDEN DELTA ENTERPRISES INC., |
| dba PLEASER USA ,INC., |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

S U M M O N S

Court No. **26-01236**

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Gina Justice
Clerk of the Court

## PROTEST

| Port(s) of Entry: | San Francisco | Center (if known): | Apparel, Footwear & Textiles |
|---|---|---|---|
| Protest Number: | 280923110658 | Date Protest Filed: | 11/14/2023 |
| Importer: | Golden Delta Enterprises Inc. | Date Protest Denied: | 09/04/2025 |
| Category of Merchandise: | Footwear | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 716-0220108-0 | 03/23/2022 | 08/18/2023 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Jerry P Wiskin
SIMONS & WISKIN
98 Craig Road
Manalapan, NJ 07726
(732) 740-8393
jpwiskin@simonswiskin.com

Name, Firm, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

### Appraised Value of Merchandise

|  | Statutory Basis | Statement of Value |
|---|---|---|
| Appraised: | | |
| Protest Claim: | | |

### Classification, Rate or Amount

| | Assessed | | Protest Claim | |
|---|---|---|---|---|
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

### Other

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
Drawback claim denied- not eligible for Drawback as Returned Retail Mdse pursuant to 19 USC 1313(c)(1)(C)(ii) or Unused Mdse Drawback pursuant to 19 USC 1313(j)

The issue which was common to all such denied protests:
same as above

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Jerry P Wiskin
_Signature of Plaintiff's Attorney_

02/26/2026
_Date_

**SCHEDULE OF PROTESTS**

Apparel, Footwear & Textiles
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| SEE ATTACHED SCHEDULE | | | | | | |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26 ,2021; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

| Protest number | Date Filed | Date denied | DbkEntryNumber | DateFiled | FinalLiqDate | Port Code |
|---|---|---|---|---|---|---|
| 280923110658 | 11/14/2023 | 9/4/2025 | 716-0220108-0 | 3/23/2022 | 8/18/2023 | 2809 |
| 280924111091 | 9/12/2024 | 9/4/2025 | 716-0220109-8 | 3/23/2022 | 3/22/2024 | 2809 |
| 280924111091 | 9/12/2024 | 9/4/2025 | 716-0220110-6 | 3/23/2022 | 3/22/2024 | 2809 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220143-7 | 4/20/2022 | 4/26/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220144-5 | 4/14/2022 | 4/12/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220145-2 | 4/14/2022 | 4/12/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220146-0 | 4/20/2022 | 4/26/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220147-8 | 4/14/2022 | 4/12/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220148-6 | 4/14/2022 | 4/12/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220149-4 | 4/14/2022 | 4/12/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220150-2 | 4/14/2022 | 4/12/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220151-0 | 4/14/2022 | 4/12/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220152-8 | 4/14/2022 | 4/12/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220153-6 | 4/20/2022 | 4/26/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220154-4 | 4/14/2022 | 4/12/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220155-1 | 4/14/2022 | 4/12/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220156-9 | 4/14/2022 | 4/12/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220157-7 | 4/14/2022 | 4/12/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220158-5 | 4/14/2022 | 4/12/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220159-3 | 4/20/2022 | 4/26/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220160-1 | 4/20/2022 | 4/26/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220299-7 | 7/1/2022 | 6/28/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220300-3 | 7/1/2022 | 6/28/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220301-1 | 7/1/2022 | 6/28/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220302-9 | 7/1/2022 | 6/28/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220303-7 | 7/1/2022 | 6/28/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220304-5 | 7/1/2022 | 6/28/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220305-2 | 7/1/2022 | 6/28/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220306-0 | 7/1/2022 | 6/28/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220307-8 | 7/1/2022 | 6/28/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220308-6 | 7/1/2022 | 6/28/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220309-4 | 7/1/2022 | 6/28/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220310-2 | 7/1/2022 | 6/28/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220311-0 | 7/1/2022 | 6/28/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220312-8 | 7/1/2022 | 6/28/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220313-6 | 7/1/2022 | 6/28/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220314-4 | 7/1/2022 | 6/28/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220315-1 | 7/1/2022 | 6/28/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220316-9 | 7/1/2022 | 6/28/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220317-7 | 7/1/2022 | 6/28/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220318-5 | 7/1/2022 | 6/28/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220319-3 | 7/1/2022 | 6/28/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220320-1 | 7/1/2022 | 6/28/2024 | 1001 |

| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220351-6 | 8/5/2022 | 8/2/2024 | 1001 |
|---|---|---|---|---|---|---|
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220352-4 | 8/5/2022 | 8/2/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220353-2 | 8/5/2022 | 8/2/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220354-0 | 8/5/2022 | 8/2/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220355-7 | 8/5/2022 | 8/2/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220356-5 | 8/5/2022 | 8/2/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220357-3 | 8/5/2022 | 8/2/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220358-1 | 8/5/2022 | 8/2/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220359-9 | 8/5/2022 | 8/2/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220360-7 | 8/5/2022 | 8/2/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220361-5 | 8/5/2022 | 8/2/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220362-3 | 8/5/2022 | 8/2/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220363-1 | 8/5/2022 | 8/9/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220364-9 | 8/5/2022 | 8/9/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220365-6 | 8/5/2022 | 8/9/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220366-4 | 8/5/2022 | 8/9/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220367-2 | 8/5/2022 | 8/9/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220368-0 | 8/5/2022 | 8/9/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220369-8 | 8/5/2022 | 8/9/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220370-6 | 8/5/2022 | 8/9/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220371-4 | 8/5/2022 | 8/9/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220372-2 | 8/5/2022 | 8/9/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220373-0 | 8/5/2022 | 8/9/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220374-8 | 8/5/2022 | 8/9/2024 | 1001 |
| 100124101609 | 9/17/2024 | 9/4/2025 | 716-0220375-5 | 8/5/2022 | 8/9/2024 | 1001 |